IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 JUN -2 PM 1:13
WESTERN DISTRICT COURT
OF TEXAS
BY_____ DEPUTY

UNSEALED
7/6/09

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| v. | ) | |
| KATYANNE MARIE KIBBY, | ) | [Violation: 18 U.S.C. § 1513(b)(2) - Retaliating Against a Witness.] |
| a/k/a "Kate Kibby," | ) | |
| a/k/a "Ann Marie Kibby," | ) | **A09 CR-240 JN** |
| Defendant. | ) | |

**THE GRAND JURY CHARGES THAT:**

On or about January 10, 2009, in the Western District of Texas, Austin Division,

**KATYANNE MARIE KIBBY,**
a/k/a "KATE KIBBY,"
a/k/a "Ann Marie Kibby"

did knowingly engage in conduct threatening bodily injury to Brandon Darby, to wit, sending an email that threatened Brandon Darby's life, with intent to retaliate against Brandon Darby for giving information to a law enforcement officer, to wit the Federal Bureau of Investigation, that related to the commission of a federal offense, to include Title 26, United States Code, Sections 5845, 5861(d), 5871, 5822, 5861(f), and 5861(i). All in violation of Title 18, United States Code, Section 1513(b)(2).

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

JOHN E. MURPHY
Acting United States Attorney

By: _____
GREGG N. SOFER
Assistant United States Attorney

| | | | | |
|---|---|---|---|---|
| Sealed | **X** | | | |
| Unsealed | | Personal Data Sheet | USAO# | 2009R00936 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**RELATED CASE** ___ YES __X__ NO      **RELATED CASE NO.**

County: _____  AUSTIN  Division      A09CR-240 JN  Judge:

Date: **06/02/2009**   Mag Ct.# _____   SSN: **Redacted**   FBI#: _____

Case No.: _____      Assistant U. S. Attorney: **Gregg Sofer**

Defendant: **Katyanne Marie Kibby**      Date of Birth: **Redacted**

Defendant aka: **Kate Kibby; Ann Marie Kibby**

Address: _____

Citizenship:   United States **X**   Mexican ___   Other ___

Interpreter Needed:   Yes ___   No **X**   Language ___

Defense Attorney: _____      Employed ___

Address of Attorney: _____     Appointed ___

Defendant is:   In Jail ___   Where: _____

    On Bond ___   Amt. of Bond ___   Where: _____

Date of Arrest: _____      Bench Warrant Needed ___

Prosecution By:      Information ___   Indictment **X**

Offense (Code & Description):   **Ct. 1: 18 U.S.C. § 1513(b)(2) - Retaliating Against a Witness**

Offense Is:   Felony **X**   Misdemeanor ___

Maximum Sentence:   **Ct. 1: Up to 20 years imprisonment; $250K fine; 5-year TSR**

Penalty is Mandatory:   Yes **X** as to SA [ & minimum term of imprisonment ]   No ___

Remarks:   **Case Agent: Bryant Berthold, FBI, 343-4423**