UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | AU:09-CR-00240(1)-JRN |
| | § | |
| (1) KATYANNE MARIE KIBBY | § | |

## LIST OF WITNESSES

November 9, 2009

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1. Brandon Darby | 1. Katyanne Marie Kibby |
| 2. Timothy Sellers | 2. Victor Pizarro |
| 3. Bryant Berthold | 3. Sarah Janko |
| 4. | 4. Lindsay Stuart Roche |
| 5. | 5. Laida Aguirre |
| 6. | 6. Joe Kibby |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |