UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | CRIMINAL NO: |
| vs. | § | AU:09-CR-00240(1)-JRN |
| | § | |
| (1) KATYANNE MARIE KIBBY | § | |

## GOVERNMENT EXHIBITS

| Exhibit | Description | Date Admitted |
| --- | --- | --- |
| 1 | Open letter from Brandon Darby 12/29/08 | 11/9/09 |
| 2 | Email from Kate Kibby dtd 1/10/09 | 11/9/09 |
| 3 | email from Kate Kibby printed 10/30/09 | 11/9/09 |
| 4 | email from Brandon Darby dtd 1/16/09 | 11/9/09 |
| 5 | Subscriber info & login info holyhotdog@gmail/Google | 11/9/09 |
| 6 | Whois database search for IP address 98.164.95.199 | 11/9/09 |
| 7 | Cox Cable login infor for IP address 98.164.95.199 | 11/9/09 |
| 8 | Subscriber & Method of pymnt infor for Continuum Alpha@aol.com account | 11/9/09 |
| 9 | U.S. News & World Report Comment posted by Kate of LA | 11/9/09 |
| 10 | Letter from U.S. News Media Group w/info regarding mail that posted comment on U.S. News World Report | 11/9/09 |
| 11 | Miranda Warnings - June 30, 2009- Kate Kibby | 11/9/09 |