UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | CRIMINAL NO: |
| vs. | § | AU:09-CR-00240(1)-JRN |
| | § | |
| (1) KATYANNE MARIE KIBBY | § | |

## DEFENDANT EXHIBITS

| Exhibit | Description | Date Admitted |
| --- | --- | --- |
| 1 | New York Times article dtd 1/5/09 | 11/9/09 |
| 2 | Open Letter from Brandon Darby dtd 12/29/08 | 11/9/09 |
| 5 | St. Paul Pioneer Press article dtd 10/28/09 | 11/9/09 |
| 9 | Brandon Darby email to FBI TimothySellers 11/3/08 | 11/9/09 |